# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK CAMBRICE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16348** |
| **ROBERT TANNER, WARDEN** | **SECTION: "N"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the motion for stay is **DENIED** and the petition of Mark Cambrice for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

March 12, 2018

_____
UNITED STATES DISTRICT JUDGE